UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>SCHNEIDER ELECTRIC USA, INC., dba PELCO BY SCHNEIDER ELECTRIC, a corporation, and DOES 1 through 20, inclusive,<br><br>           Defendant. | Case No. 1:14-cv-1324 SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

Pursuant to L.R. 144(a), Counsel are stipulating to extend the time within which Defendant Schneider Electric USA, Inc., dba Pelco by Schneider Electric ("Schneider Electric") to answer or otherwise respond to Plaintiffs' complaint, filed August 22, 2014.

The parties agree to extend Defendant Schneider Electric's deadline to file an answer or a responsive pleading to the complaint from September 26, 2014 to October 10, 2014.

I attest that concurrence in the filing of the document has been obtained from each of the signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 26, 2014

Stipulated and respectfully submitted,

SEYFARTH SHAW LLP

By: /S/ Andrea N. de Koning
    Laura Wilson Shelby
    Andrea Nicole de Koning
    Attorneys for Defendant
SCHNEIDER ELECTRIC USA, INC.

LAW OFFICE OF M. GREG MULLANAX

DATED: September 26, 2014

By: /S/ M. Greg Mullanax
    M. Greg Mullanax
    Attorneys for Plaintiff
ALEJANDRO GONZALEZ
(as authorized on September 25, 2014)

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Extend Time to Respond to the Complaint, and finding GOOD CAUSE appearing therefor, hereby GRANTS the Parties' stipulated request, and extends Defendant Schneider Electric's deadline to file an answer or a responsive pleading to the complaint from September 26, 2014, to October 10, 2014.

IT IS SO ORDERED.

Dated: **October 2, 2014**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE