# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | Case No. 1:14-cv-01324-SKO |
| Plaintiff, | **ORDER FOR MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| SCHNEIDER ELECTRIC USA, INC., | |
| Defendant. | |

### ORDER FOR MODIFICATION OF SCHEDULING ORDER

On April 3, 2015, the parties submitted informal briefs to the Court apprising the Court of the status of their mediation efforts. The parties informed the Court that they have not pursued discovery in earnest due to a joint effort to settle the case prior to incurring substantial litigation expenses. To date, the parties have only exchanged Initial Disclosures, including document productions, and written discovery. No depositions have been taken, and no third-party discovery has been pursued by either party.

The parties participated in a private mediation with the Honorable Steven Vartabedian, retired, on March 26, 2015. The mediation was unsuccessful. The parties therefore request a 90-day continuance of all of the deadlines in the Court's Scheduling Order (Doc. 18), and a 60-day continuance of the trial date.

After consideration of the parties' written briefs and good cause appearing,

IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Motions or Stipulations Requesting Court's Leave to Amend Pleadings | January 15, 2015 | **May 15, 2015** |
| Non-Expert Discovery Deadline | May 15, 2015 | **August 14, 2015** |
| Expert Disclosures | July 1, 2015 | **October 1, 2015** |
| Rebuttal-Supplemental Expert Disclosures | July 24, 2015 | **October 23, 2015** |
| Expert Discovery Deadline | August 21, 2015 | **November 20, 2015** |
| Non-Dispositive Motion Filing Deadline | September 4, 2015 | **December 4, 2015** |
| Non-Dispositive Motion Hearing Deadline | October 7, 2015 | **January 6, 2016** |
| Dispositive Motion (MSJ) Filing Deadline | June 8, 2015 | **September 8, 2015** |
| Dispositive Motion (MSJ) Hearing Deadline | July 22, 2015 | **October 21, 2015** |
| Final Pre-Trial Conference | October 28, 2015<br>2:00 p.m., Ctrm 7 | **February 3, 2016**<br>**2:00 p.m., Ctrm 7** |
| TRIAL | January 5, 2016<br>8:30 a.m., Ctrm 7<br>(5-7 trial days) | **March 22, 2016**<br>**8:30 a.m., Ctrm 7**<br>**(5-7 trial days)** |

IT IS SO ORDERED.

Dated:   **April 8, 2015**          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE