UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>Plaintiff,<br>v.<br><br>SCHNEIDER ELECTRIC USA, INC., dba PELCO BY SCHNEIDER ELECTRIC, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:14-cv-1324 SKO<br><br>**ORDER AND JOINT STIPULATION TO AMEND DEFENDANT'S ANSWER** |

Plaintiff Alejandro Gonzalez ("Plaintiff") and Defendant Schneider Electric USA, Inc. ("Defendant"), by and through their respective counsel, hereby submit this stipulation to Defendant's filing the attached First Amended Answer.

WHEREAS Plaintiff filed his Complaint on August 22, 2014, and Defendant timely filed its Answer on October 10, 2014.

WHEREAS the Parties shortly thereafter jointly pursued settlement in lieu of incurring substantial costs early in the litigation; however, the settlement mediation, held on March 26, 2015, was unsuccessful.

WHEREAS Defendant notified the Court in its Request for Mid-Discovery Status Conference, dated April 3, 2015, of its intent to amend its Answer to add a workers' compensation preemption defense.

1  WHEREAS the Court extended the deadline to file a motion or stipulation to request the Court's leave to amend pleadings from January 15, 2015 to May 15, 2015.  *See* Order for Modification of Scheduling Order (Docket No. 20) (April 8, 2015).

4  WHEREAS Plaintiff is agreeable to stipulating to Defendant filing the First Amended Answer, attached hereto as Exhibit A, which includes a workers' compensation preemption defense.

7  THEREFORE, the Parties hereby stipulate to Defendant filing the proposed First Amended Answer, attached hereto as Exhibit A.

9  IT IS SO STIPULATED.

DATED: May 12, 2015          Stipulated and respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Chantelle C. Egan
    Laura Wilson Shelby
    Chantelle C. Egan
    Attorneys for Defendant
    SCHNEIDER ELECTRIC USA, INC.


DATED: May 12, 2015          LAW OFFICE OF M. GREG MULLANAX


By: /s/ M. Greg Mullanax (as authorized on May 12, 2015)
    M. Greg Mullanax
    Attorneys for Plaintiff
    ALEJANDRO GONZALEZ

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court GRANTS Defendant Schneider Electric USA, Inc., leave to file its First Amended Answer. The Court further ORDERS Defendant to file its First Amended Answer without delay.

IT IS SO ORDERED.

Dated:   **May 14, 2015**              **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE