UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>SCHNEIDER ELECTRIC USA, INC., dba<br>PELCO BY SCHNEIDER ELECTRIC, a<br>corporation, and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 1:14-cv-1324 SKO<br><br>**STIPULATION OF DISMISSAL WITH<br>PREJUDICE AND ORDER** |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this entire action is hereby dismissed with prejudice. The parties STIPULATE that each party shall bear their own attorneys' fees and costs.

The parties FURTHER STIPULATE to this Court retaining jurisdiction for enforcement of the underlying settlement agreement.

1    **IT IS SO STIPULATED.**

2    DATED: December 11, 2015                    Stipulated and respectfully submitted,

3                                                SEYFARTH SHAW LLP

4
                                                By:  /s/ Chantelle C. Egan
5                                                     Laura Wilson Shelby
                                                      Chantelle C. Egan
6                                                     Attorneys for Defendant
                                                SCHNEIDER ELECTRIC USA, INC.
7

8
     DATED: December 14, 2015                    LAW OFFICE OF M. GREG MULLANAX
9

10
                                                By:  /s/ M. Greg Mullanax (as authorized on Dec. 14, 2015)
11                                                    M. Greg Mullanax
                                                      Attorneys for Plaintiff
12                                               ALEJANDRO GONZALEZ

13

14                                   <u>**ORDER**</u>

15        Pursuant to the stipulation of the parties, the Court ORDERS that the foregoing stipulation is

16   binding, and this case, in its entirety, is dismissed with prejudice.

17
     IT IS SO ORDERED.
18

19   Dated:  __**December 30, 2015**__              _____**/s/ Sheila K. Oberto**____
                                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28